**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-151** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **BENJAMIN CHIKWE** | : | |

## ORDER

AND NOW, this 13th day of April, 2016, upon consideration of the motion (Doc. 279) by the government to amend judgment of conviction, concurred in by counsel for defendant Benjamin Chikwe ("Chikwe"), wherein counsel for the government indicates that the judgment (Doc. 248) entered against Chikwe on December 26, 2013, sets forth a total restitution amount of $595,820.38, but that the total of all individual restitution awards is actually $583,495.38, and it appearing that the Federal Rules of Criminal Procedure authorize the court to "at any time correct a clerical error in a judgment, order, or other part of the record," FED. R. CRIM. P. 36, it is hereby ORDERED that the government's concurred motion (Doc. 279) to amend judgment of conviction is GRANTED and the judgment (Doc. 248) entered against Chiwke in the above-captioned matter is AMENDED to reflect a total restitution amount of $583,495.38.  The remainder of the judgment (Doc. 248), to include the restitution amounts for individual victims, is unaffected by this amendment.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania