# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-151** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **BENJAMIN CHIKWE (3),** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 7th day of May, 2019, upon consideration of the government's Motion (Doc. 345) to Unseal Particular Documents and Strike Ex-Parte Language from the record, it is hereby ORDERED that motion is GRANTED. The Clerk of Courts is hereby directed to unseal the following document numbers: document 339, document 340 and document 341.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania